In the Matter of ETHEL H. HOLM, Appellant, against THE BOARD OF EDUCATION OF THE CITY OF ROCHESTER, Respondent.

(Argued October 3, 1932; decided October 18, 1932.)

*Henry Redman Dutcher* for appellant.

*Clarence M. Platt, Corporation Counsel (Charles B. Forsyth* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CROUCH, J.